**Order entered March 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01260-CR

**DONOVAN WADE,  Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-58212-T**

## ORDER

The Court **REINSTATES** the appeal.

On January 24, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed.  We **ADOPT** the findings that:  (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Jeffery Buchwald; (3) Mr. Buchwald has not abandoned the appeal; (4) Mr. Buchwald's explanation for the delay in filing appellant's brief is his workload and a recent illness; and (4) Mr. Buchwald requested thirty more days to file appellant's brief.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order. Because the brief is already more than three months overdue, no further extensions will be granted.  If appellant's brief is not filed within the time specified, the Court will remove Jeffery

Buchwald as appellant's attorney and order the trial court to appoint new counsel to represent appellant.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Rick Magnis, Presiding Judge, 283rd Judicial District Court, and to counsel for all parties.

/s/    DAVID EVANS
        JUSTICE